IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ISOM DANIEL ROGERS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-325-PRW |
| | ) |
| P.D. TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is U.S. Magistrate Judge Gary M. Purcell's Report & Recommendation (Dkt. 11), entered on May 24, 2022. The Court observes that no party has objected to the Report & Recommendation within the time limits prescribed. The Court has also reviewed the Report & Recommendation (Dkt. 11) de novo and agrees with the reasoning and conclusions therein. Therefore, the Court adopts the Report & Recommendation in its entirety.

Accordingly, the Court **ADOPTS** Magistrate Judge Purcell's Report & Recommendation (Dkt. 11) and **DISMISSES** the action, without prejudice as to refiling, for Plaintiff's failure to pay the initial partial filing fee and failure to comply with the Court's orders.[1]

**IT IS SO ORDERED** this 23rd day of June 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] The Court also **DENIES** as moot Plaintiff's Motion to Stay Proceedings and Request for Order Requiring Special Report (Dkt. 3).